UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD E HALEY,

        Petitioner,

v.

WASHINGTON STATE,

        Respondent.

CASE NO. 3:20-CV-05204-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's petition for habeas corpus (Dkt. 3) is **DENIED**;

(3)     A certificate of appealability is **DENIED**; and

ORDER - 1

(4) This case is closed.

Dated this 18th day of August, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2